FILED

2007 MAR 29  AM 10: 47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____RM____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 95CR1839-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING INDICTMENT |
| v. | ) | AND RECALLING WARRANT AS TO |
| | ) | EACH DEFENDANT |
| PAUL COWAN (3), | ) | |
| AMALIA SUSAN HILL (8), | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that fugitive defendants PAUL COWAN and AMALIA SUSAN HILL are hereby dismissed from the Indictment in the above-captioned case without prejudice.

IT IS FURTHER ORDERED that any warrant issued for each defendant shall be recalled.

**SO ORDERED.**

Dated: 3/29/07

ROGER T. BENITEZ
United States District Judge